CARNEY ET AL., APPELLANTS, *v.* SHOCKLEY ET AL., APPELLEES.

2016-Ohio-5824.]

(No. 2015–0235—Submitted August 31, 2016—Decided September 15, 2016.)

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *Corban v. Chesapeake Exploration, L.L.C.*, 149 Ohio St.3d 512, 2016-Ohio-5796, 76 N.E.3d 1089, and *Walker v. Shondrick–Nau*, 149 Ohio St.3d 282, 2016-Ohio-5793, 74 N.E.3d 427.

O'CONNOR, C.J., and O'DONNELL, LANZINGER, KENNEDY, and FRENCH, JJ., concur.

PFEIFER and O'NEILL, JJ., dissent.

Critchfield, Critchfield & Johnston, Ltd., Steven J. Shrock, and Clinton Bailey, for appellant Todd H. Carney.

Michael DeWine, Attorney General, Eric E. Murphy, State Solicitor, Samuel C. Peterson, Deputy Solicitor, and Jennifer A. Barrett, Gerald E. Dailey, and Gene D. Park, Assistant Attorneys General, for appellant state of Ohio.

Hanna, Rasnick, Evanchan, Palmisano & Hobson, L.L.C., and Steven R. Hobson II, for appellees.